UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00358-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HERSHEL ARNAZ FRANKLIN,

        Defendant.

---

**ORDER AND NOTICE OF HEARING**

---

**IT IS HEREBY ORDERED** that a Supervised Release Violation Hearing will be held on **October 22, 2007 at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 8th day of August, 2007

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge